# DIVIDENDS REMITTED TO THE COURT

Case Number 08-19545 - NAPLES, ANNA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| MOUNTAIN DISPOSAL PAYMENT PROCESSING CENTER<br>PO 7188<br>BUENA PARK CA 90622 | 000002 | 19.70 | 0.91 |
| ---------- Remittance Total --------------- | | 19.70 | 0.91 |

#150354

CK 1003

_____
MARY ANN RABIN, Trustee

2010 MAY 28 PM 12:28
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND